IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No. 11-cv-01798-REB-BNB | Date: September 26, 2011 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A401 |

ROSE BUD CATERING, andGlen Younger
ROSALIE ASEBEDO,

Plaintiff(s),

v.

STREET EATS LIMITED,Amy Hartman
BEST VENDORS MANAGEMENT andMichael McCormick
HOME DEPOT, U.S.A., INC.,

Defendant(s).

**COURTROOM MINUTES**

**SCHEDULING CONFERENCE and MOTIONS HEARING**

Court in Session:9:00 a.m.

Appearances of counsel.

Court's opening remarks.

Pending motions before the court are defendants Street Eats Limited, Best Vendors Management, Inc., and Home Depot, U.S.A., Inc.'s motion to stay discovery, plaintiffs motion for leave of court to file and amended complaint and jury demand pursuant to Fed.R.Civ.P., Rule 15, and unopposed motion for withdrawal of counsel.

Argument presented.

**ORDERED:Defendants Street Eats Limited, Best Vendors Management, Inc., and Home Depot, U.S.A., Inc.'s motion to stay discovery [doc.#41; filed 9/15/11] is denied for reasons stated on the record.**

**ORDERED**:  **Plaintiffs motion for leave of court to file and amended complaint and jury demand pursuant to Fed.R.Civ.P., Rule 15 [doc.#43; filed 9/16/11] is granted for reasons stated on the record.**

**ORDERED: Unopposed motion for withdrawal of counsel [doc.#53; filed 9/23/11] is granted for reasons stated on the record.**

Deadline for joinder of parties and amendment of pleadings is: **September 26, 2011**

Discovery cut-off is: **February 21, 2012**

The dispositive motion deadline is: **March 23, 2012**

The plaintiffs shall designate all experts no later than: **November 4, 2011**

The defendants shall designat all experts and rebuttal experts: **December 5, 2011**

The plaintiffs shall designate all rebuttal experts no later than: **January 11, 2012**

All written discovery must be served so that responses are due on or before discovery cut off.

Settlement Conference will be set on a motion by the parties.

Pretrial Conference shall be held **May 10, 2012 at 8:30 a.m.** A proposed Pretrial Order shall be submitted on or before **May 3, 2012** .

**ORDERED:  The parties shall supplement the Scheduling Order, with a full statement of the parties' statement of claims and defenses,  on or before October 5, 2011.**

Proposed Scheduling Order was approved and entered with interlineations made by the Court.

Court in Recess:         10:00 a.m.     Hearing concluded.    Total time in court: 01:00

\* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.