IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 11-cv-01798-REB-BNB
(Consolidated with 11-cv-01925-REB-MJW)

ROSE BUD CATERING, and
ROSALIE ASEBEDO,

Plaintiffs,

v.

STREET EATS LIMITED,
BEST VENDORS MANAGEMENT, and
HOME DEPOT U.S.A., INC.,

Defendants.

_____

**ORDER**

_____

This matter arises on the following:

(1)     **Defendants Street Eats Limited, Best Vendors Management, Inc., and Home**

**Depot, U.S.A., Inc.'s Motion to Stay Discovery** [Doc. # 41, filed 9/15/2011] (the "Motion to

Stay");

(2)     **Plaintiffs Motion for Leave of Court to File an Amended Complaint and**

**Jury Demand Pursuant to Fed. R. Civ. P. Rule 15** [Doc. # 43, filed 9/16/2011] (the "Motion

to Amend"); and

(3)     **Unopposed Motion for Withdrawal of Counsel** [Doc. # 53, filed 9/23/2011]

(the "Motion to Withdraw").

I held a hearing on the motions this morning and made rulings on the record, which are

incorporated here.

IT IS ORDERED:

(1)      The Motion to Stay [Doc. # 41] is DENIED;

(2)      The Motion to Amend [Doc. # 43] is GRANTED, and the Clerk of the Court is directed to accept for filing Plaintiffs' Amended Complaint for Declaratory Judgment, Injunctive Relief and Damages and Also a Demand for Jury Trial [Doc. # 43-1]; and

(3)      The Motion to Withdraw [Doc. # 53] is GRANTED, and Christopher B. Little, Christopher A. Taravella, and Michael R. McCormick of the law firm of Montgomery, Little & Soran, P.C., are relieved of any continuing responsibility in this case.

Dated September 26, 2011.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge