**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-01798-REB-BNB
(Consolidated with Civil Action No. 11-cv-01925-REB-BNB)

ROSE BUD CATERING, and
ROSALIE ASEBEDO,

    Plaintiffs,

v.

STREET EATS LIMITED,
BEST VENDORS MANAGEMENT, INC., and
HOME DEPOT U.S.A., INC.,

    Defendants.

## MINUTE ORDER[1]

The matter comes before the court on **Plaintiffs' Motion For Adoption and Incorporation of Previous Response To Defendants' Motion To Dismiss, (Document No. 50) To Continue as Plaintiffs' Response To Defendants' Motion To Dismiss Amended Complaint (Document No. 63), filed October 13, 2011)**[2] [#68][3] filed January 25, 2012. The motion is **DENIED**[4].

Granting the plaintiffs' current motion effectively would grant the plaintiffs an eleven week extension of time to file a response to the motion to dismiss. In their motion, the plaintiffs do not state any basis for such an extension of time.

Dated: January 31, 2012

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] The plaintiffs' motion [#68] violates D.C.COLO.LCivR 10.1.E., which requires that all papers filed with the court be double-spaced. The plaintiffs' motion is single spaced.

[3] "[#68]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

[4] In their motion, the plaintiffs ask the court to accept the plaintiffs' response [#50] to a previous motion to dismiss as the plaintiffs' response to the defendants' motion to dismiss the amended complaint [#63]. The motion to dismiss the amended complaint [#63] was filed October 13, 2011.