IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No. 11-cv-01798-REB-BNB | Date: March 8, 2012 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A-401 |

| | |
|---|---|
| ROSALIE ASEBEDO, <br> ROSE BUD CATERING LLC, | Glenn Younger |
| Plaintiff(s), | |
| v. | |
| STREET EATS LIMITED, <br> VICKI (I) TURCOTTE, and <br> VICKI TURCOTTE, | Amy Hartman |
| Defendant(s). | |

### COURTROOM MINUTES

**HEARING: MOTIONS**

Court in Session:   8:34 a.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED:   Motion to withdraw as counsel for plaintiffs, Rose Bud Catering and Rosalie Asbedo [Doc. #75; filed 2/22/12] is granted.**

**ORDERED:   Plaintiffs' motion to extend dates set forth in 9-21-12 scheduling order (Doc. No. 9), including 2-21-12 discovery deadline, and until April 6, 2012 [Doc. #74; filed 2/22/12] is denied.**

Court in Recess:   8:51 a.m.   Hearing concluded.   Total time in Court: 00:17

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.