IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

---

Civil Action No.  11-cv-01798-REB-BNB             Date: March 8, 2012
Courtroom Deputy: Geneva D. Mattei                 FTR BNB COURTROOM A-401

---

ROSALIE ASEBEDO,                                    Glenn Younger
ROSE BUD CATERING LLC,

                    Plaintiff(s),

v.

STREET EATS LIMITED,                               Amy Hartman
VICKI (I) TURCOTTE, and
VICKI TURCOTTE,

                    Defendant(s).

---

## COURTROOM MINUTES

---

**HEARING: MOTIONS**

Court in Session:        8:34 a.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED:   Motion to withdraw as counsel for plaintiffs, Rose Bud Catering and Rosalie
            Asbedo [Doc. #75; filed 2/22/12] is granted.**

**ORDERED:   Plaintiffs' motion to extend dates set forth in 9-21-12 scheduling order (Doc. No.
            9), including 2-21-12 discovery deadline, and until April 6, 2012 [Doc. #74; filed
            2/22/12] is denied.**

Court in Recess:        8:51 a.m.      Hearing concluded.    Total time in Court: 00:17

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.