IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 11-cv-01798-REB-BNB
(Consolidated with 11-cv-01925-REB-MJW)

ROSE BUD CATERING, LLC, and
ROSALIE ASEBEDO,

Plaintiffs,

v.

STREET EATS LIMITED, and
VICKI TURCOTTE, individually and agent for Street Eats Limited, Best Vendors Management, Inc., and Home Depot, U.S.A., Inc.

Defendants.

_____

**ORDER**
_____

This matter arises on the following:

(1) **Plaintiffs' Motion to Extend Dates [etc.]** [Doc. # 74, filed 2/22/2012] (the "Motion to Extend"); and

(2) **Motion to Withdraw as Counsel for Plaintiffs, Rose Bud Catering and Rosalie Asebedo** [Doc. # 75, filed 2/22/2012] (the "Motion to Withdraw").

I held a hearing on the motions this morning and made rulings on the record, which are incorporated here.

IT IS ORDERED:

(1) The Motion to Extend [Doc. # 74] is DENIED; and

(2) The Motion to Withdraw [Doc. # 75] is GRANTED. Glenn F. Younger is relieved of any continuing responsibility in this case as counsel for plaintiffs. Plaintiff Rose Bud

Catering is cautioned that, as a legal entity, it cannot appear without counsel admitted to practice before this court, and absent prompt appearance of substitute counsel, pleadings, motions, and other papers may be stricken, its claims may be dismissed, and other sanctions may be imposed. D.C.COLO.LCivR 83.3D.  Plaintiff Rosalie Asebedo is cautioned that she is personally responsible for complying with all court orders and time limitations established by any applicable rules.  Id.

Dated March 8, 2012.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge